USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/9/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LK CREATIVE CONSULTING, LLC,**

                  **Plaintiff,**

-against-

**LM MEDICAL, PLLC,**

                  **Defendant.**

**22-cv-3484 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    June 9, 2022
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**